E-FILED
Monday, 14 November, 2005   11:44:57 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ARTILLA M. DYE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. |
| DIANN GRAVINO; and WEST CENTRAL ) | |
| COMMUNITY SERVICES, INC., ) | |
| an Illinois Not-For-Profit Corporation, ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT

Plaintiff, ARTILLA M. DYE, by her attorneys, Stoerzbach Morrison, P.C., complains of Defendants, DIANN GRAVINO and WEST CENTRAL COMMUNITY SERVICES, INC., an Illinois Not-For-Profit Corporation, as follows:

### A.  JURISDICTION.

1.    This Court's subject matter jurisdiction is founded on federal question jurisdiction under 28 U.S.C. § 1331, in that Plaintiff's case arises under the laws of the United States, specifically Title VII of the Civil Rights Act of 1964, as amended (42 U.S.C.§ 2000e, et seq.) and § 1981 of the Civil Rights Act of 1866, as amended (42 U.S.C. § 1981) ("the Acts").

2.    Pursuant to CD-IL Local Rule 40.1(f), Plaintiff files her Complaint in the Rock Island Division of the Central District of Illinois because this cause arises from Warren County, Illinois.

### B.  THE PARTIES.

1.    Plaintiff, Artilla M. Dye, is an African American female.

2.    Plaintiff is a resident of Danville, Vermilion County, Illinois.

3. Defendant, West Central Community Services, (hereinafter "Head Start") is an Illinois Not-For-Profit Corporation, with its main office located in Monmouth, Warren County, Illinois, and provides early childhood education/development services to residents in Knox, Warren and Henderson County, Illinois referred to as Head Start.

4. Defendant, Diann Gravino, a Caucasian female, is and at all material times was, Head Start's Executive Director.

### C. DISCRIMINATION BASED ON RACE.

1. In September 2004, Head Start advertised a bus driver position, and in response to that advertisement, on or about October 6, 2004, Plaintiff filed an application for employment in that position with Head Start.

2. Plaintiff had previous experience as a bus driver, has a valid bus driver's license, and was otherwise well qualified for the job.

3. Mike Sage, then the Head Start Human Resources Manager, received the application from Plaintiff, formed the opinion that Plaintiff was qualified for the position and on or about November 10, 2004 recommended to Gravino that Plaintiff be hired to fill the position; but immediately after viewing a copy of Plaintiff's driver's license photograph attached to the application, Gravino made the comment to Sage that Plaintiff was "probably just a fat lazy black woman" and should not be hired.

4. Contemporaneously with making the above statement, Gravino, acting on behalf of Head Start in her capacity as Head Start's Executive Director, made the decision not to hire Plaintiff, despite the recommendation of Sage.

5. Plaintiff was the only qualified applicant for the bus driver position, and the position for which Plaintiff applied was never filled.

6. Plaintiff's race was the basis for the Defendants' decision not to hire Plaintiff.

7. In refusing to hire Plaintiff, Defendants violated Plaintiff's rights under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e-2(a), as amended, and Section 1981 of the Civil Rights Act of 1866, 42 U.S.C. § 1981.

8. Head Start is vicariously liable to Plaintiff under the Acts for the acts of Gravino, its Executive Director, which resulted in Head Start's refusal to hire Plaintiff based on Plaintiff's race.

9. Gravino is individually liable to Plaintiff under Section 1981 for her refusal to hire Plaintiff based on Plaintiff's race.

10. Plaintiff has suffered and will continue to suffer damages as a proximate result of said deprivation of her rights, including but not limited to lost wages and benefits, emotional distress, humiliation, embarrassment and loss of reputation.

11. Plaintiff has incurred and will continue to incur reasonable legal fees in enforcing her rights, for which Defendants are liable as contemplated by 42 U.S.C. §§1988 and 2000e-5(k).

### D. EXHAUSTION OF ADMINISTRATIVE REMEDIES.

1. On August 2, 2005, fewer than 300 days after Defendants' refusal to hire Plaintiff, Plaintiff filed her charge of discrimination with the Equal Employment Opportunity Commission, Chicago District Office.

2. On August 25, 2005, the EEOC determined that it would be unable to complete its process within 180 days of the filing of Plaintiff's charge and issued to Plaintiff a Notice of Right to Sue, a true and correct copy of which is attached hereto as Exhibit A.

3. Plaintiff received the Notice of Right to Sue on August 31, 2005.

4. Fewer than ninety days have elapsed since receipt by Plaintiff of said Notice of Right to Sue.

5. Plaintiff is entitled to file a civil action in a United States District Court for adjudication of her employment discrimination claims.

6. No requirement for the exhaustion of administrative remedies exists with regard to Plaintiff's Section 1981 claims.

## Prayer For Relief

Wherefore, Plaintiff demands judgment in her favor and against Defendant West Central Community Services, an Illinois Not-For-Profit Corporation, and Defendant Diann Gravino, jointly and severally, for the following relief:

    a. An award of consequential and compensatory damages, including but not limited to front pay and back pay, all in an amount sufficient to make Plaintiff whole;

    b. An award of punitive or exemplary damages in the amount of the maximum allowed by law;

    c. An award of Plaintiff's reasonable attorneys' fees and court costs; and

    d. Such other and further relief as this Court deems just and reasonable.

ARTILLA M. DYE,
Plaintiff

s/ DANIEL S. ALCORN
#06209425
Attorney for Plaintiff
STOERZBACH MORRISON, P.C.
139 South Cherry Street
P. O. Box 1328
Galesburg, IL  61402-1328
Telephone:  309/341-6000
Telefax:     309/343-7500
alcornd@galesburglaw.com

## JURY DEMAND

Plaintiff demands trial by jury of all issues properly triable thereto.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ARTILLA M. DYE

## DEFENDANTS
DIANN GRAVINO; and WEST CENTRAL COMMUNITY SERVICES, INC., an Illinois Not-For-Profit Corporation

(b) County of Residence of First Listed Plaintiff: **Vermilion**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Daniel S. Alcorn of Stoerzbach Morrison, P.C.
P. O. Box 1328, Galesburg, IL 61402-1328  309-341-6000

Attorneys (If Known)
Unknown

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 2000e, et seq. and 42 U.S.C. Section 1981
Brief description of cause: Plaintiff suffered discrimination in employment when Defendants refused to hire her because of her race.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $undetermined
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions) JUDGE: _____ DOCKET NUMBER: _____

DATE: 11/14/2005
SIGNATURE OF ATTORNEY OF RECORD: s/DANIEL S. ALCORN

**FOR OFFICE USE ONLY**

| RECEIPT # | AMOUNT | APPLYING IFP | JUDGE | MAG. JUDGE |
|---|---|---|---|---|
| | | | | |

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.   **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.   **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.   **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.   **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.   **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.   **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**     Example:     U.S. Civil Statute: 47 USC 553
         Brief Description: Unauthorized reception of cable service

VII.   **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

E-FILED
Monday, 14 November, 2005 11:45:38 AM
Clerk, U.S. District Court, ILCD

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
(Issued on request)

RECEIVED AUG 3 1 2005

| To: | Artilla M. Dye | From: | Equal Employment Opportunity Commission |
|---|---|---|---|
| | Galesburg, Illinois 61401 | | Chicago District Office |
| | | | 500 West Madison, Suite 2800 |
| | Certified: 7001 1940 0003 8829 3142 | | Chicago, Illinois 60661 |

[ ] On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a))

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210-2005-08522 | Eileen Sotak, Enforcement Supervisor | (312) 353-1316 |

( See the additional information attached to this form )

**TO THE PERSON AGGRIEVED:** This is your NOTICE OF RIGHT TO SUE. It is issued at your request. If you intend to sue the respondent(s) named in your charge, YOU MUST DO SO WITHIN NINETY (90) DAYS OF YOUR RECEIPT OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

[ ] More than 180 days have expired since the filing of this charge.

[X] Less than 180 days have expired since the filing of this charge, but I have determined that the Commission will be unable to complete its process within 180 days from the filing of the charge.

[X] With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

[ ] It has been determined that the Commission will continue to investigate your charge.

[ ] ADEA: While Title VII and the ADA require EEOC to issue this notice of right to sue before you can bring a lawsuit, you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until 90 days after you received notice that EEOC has completed action on your charge.

[ ] Because EEOC is closing your case, your lawsuit under the ADEA must be brought within 90 days of your receipt of this notice. Otherwise, your right to sue is lost.

[ ] EEOC is continuing its investigation. You will be notified when we have completed action and, if appropriate, our notice will include notice of right to sue under the ADEA.

[ ] EPA: While Title VII and the ADA require EEOC to issue this Notice of Right to Sue before you can bring a lawsuit, you already have the right to sue under the Equal Pay Act (EPA) (You are not required to complain to any enforcement agency before bringing an EPA suit in court). EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On Behalf of the Commission

8-25-05
(Date)

s/John P. Rowe
John P. Rowe, District Director

Enclosures
Information Sheet
Copy of Charge

cc: Respondent(s)    West Central Community Services

EEOC Form 161-B (Test 10/94)

EXHIBIT A

4:05-cv-04090-JAG    # 1-3    Page 2 of 5