E-FILED
Monday, 14 November, 2005  04:20:13 PM
Clerk, U.S. District Court, ILCD

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## NOTICE OF RIGHT TO SUE
(Issued on request)

AUG 31 2005

| To: | Artilla M. Dye | From: |
|---|---|---|
| | ~~[address redacted]~~ | Equal Employment Opportunity Commission |
| | Galesburg, Illinois 61401 | Chicago District Office |
| | | 500 West Madison, Suite 2800 |
| | Certified: 7001 1940 0003 8829 3142 | Chicago, Illinois 60661 |
| [ ] On behalf of a person aggrieved whose identity is CONFIDENTIAL (29 C.F.R. 1601.7(a)) | | |

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210-2005-08522 | Eileen Sotak, Enforcement Supervisor | (312) 353-1316 |

( See the additional information attached to this form )

**TO THE PERSON AGGRIEVED:** This is your NOTICE OF RIGHT TO SUE. It is issued at your request. If you intend to sue the respondent(s) named in your charge, YOU MUST DO SO WITHIN NINETY (90) DAYS OF YOUR RECEIPT OF THIS NOTICE: OTHERWISE YOUR RIGHT TO SUE IS LOST.

[ ] More than 180 days have expired since the filing of this charge.

[X] Less than 180 days have expired since the filing of this charge, but I have determined that the Commission will be unable to complete its process within 180 days from the filing of the charge.

[X] With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

[ ] It has been determined that the Commission will continue to investigate your charge.

[ ] **ADEA:** While Title VII and the ADA require EEOC to issue this notice of right to sue before you can bring a lawsuit, you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until 90 days after you received notice that EEOC has completed action on your charge.

  [ ] Because EEOC is closing your case, your lawsuit under the ADEA must be brought within 90 days of your receipt of this notice. Otherwise, your right to sue is lost.

  [ ] EEOC is continuing its investigation. You will be notified when we have completed action and, if appropriate, our notice will include notice of right to sue under the ADEA.

[ ] **EPA:** While Title VII and the ADA require EEOC to issue this Notice of Right to Sue before you can bring a lawsuit, you already have the right to sue under the Equal Pay Act (EPA) (You are not required to complain to any enforcement agency before bringing an EPA suit in court). EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On Behalf of the Commission

8-25-05
(Date)

s/John P. Rowe
John P. Rowe, District Director


EXHIBIT A

Enclosures
Information Sheet
Copy of Charge

cc: Respondent(s)    West Central Community Services

EEOC Form 161-B (Test 10/94)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>[ ] FEPA<br>[X] EEOC | CHARGE NUMBER<br>210-2005-08522 |
|---|---|---|

EEOC

MRS. ARTILLA M. DYE            (309) 344-5665
NAME: *(Indicate Mr., Ms., Mrs.)*   HOME TELEPHONE *(Include Area Code)*

                               Galesburg, IL. 61401          /63
STREET ADDRESS                 CITY, STATE AND ZIP CODE      DATE OF BIRTH

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below.)*

NAME:                NUMBER OF EMPLOYEES, MEMBERS     TELEPHONE *(Include Area Code)*
West Central Community
Services, Inc.       More than fifteen                (309) 734-3151
STREET ADDRESS       CITY, STATE AND ZIP CODE          COUNTY

                     Monmouth, IL. 61462-0620          Warren

CAUSE OF DISCRIMINATION BASED ON *(Check Appropriate Box(es))*   DATE DISCRIMINATION TOOK PLACE

[X] Race  [ ] Color  [ ] Sex  [ ] Religion  [ ] National Origin     Earliest    Latest
[ ] Retaliation  [ ] Age  [ ] Disability  [ ] Other (Specify)       11/10/04
                                                                    [ ] Continuing Action

THE PARTICULARS ARE:

In October 2004 I filed an application for employment with West Central Community Services, Inc. as a bus driver. I had previous experience as a bus driver and was well qualified for the job. On or about November 10, 2004, Diann Gravino, in her capacity as the Executive Director of West Central Community Services, Inc., refused to hire me, despite the recommendation of Mike Sage (then Human Resources Manager of West Central Community Services). My race (African American) was the basis for the decision not to hire me. After viewing a copy of my driver's license photograph, Ms. Gravino made the comment to Mr. Sage that I was "probably just a fat lazy black woman" and should not be hired.

I was the only qualified applicant for the job, and the job was never filled.



**I WANT THIS CHARGE FILED WITH THE EEOC.** I will advise the EEOC if I change my address or telephone number and cooperate fully with it in the processing of my charge in accordance with their procedures.

I swear and affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

s/Artilla M. Dye
Charging Party

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF KNOX      )

I, the undersigned, a Notary Public in and for Knox County, Illinois, DO HEREBY CERTIFY that ARTILLA M. DYE is personally known to me to be the same person whose name is subscribed to the foregoing document and that she appeared before me this day in person and acknowledged that she signed the same as her free and voluntary act and deed.

Subscribed and sworn to before me this 28th day of July, 2005.

s/Carolyn A. Hanson
NOTARY PUBLIC

OFFICIAL SEAL
CAROLYN A. HANSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES

**PRIVATE SUIT RIGHTS:**

This issuance of this Notice of Right to Sue ends EEOC's process with respect to your charge. You may file a lawsuit against the respondent named in your charge within 90 days from the date you receive this Notice. Therefore you should keep a record of this date. Once this 90-day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90-day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the state where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.

You may contact EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or the Equal Pay Act against a political subdivision of the State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of U.S. District Courts, please see reverse side.

**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUESTS FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**

**ATTORNEY REPRESENTATION:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the court having jurisdiction in your case may, at its discretion, assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well before the end of the 90-day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within this 90-day period.

**DESTRUCTION OF FILE:**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE IN WRITING WHEN THE LAWSUIT IS RESOLVED.**

in the District Court having jurisdiction of the county in which the employer, against whom you file a charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

U.S. District Court
Northern District of Illinois
Eastern Division at Chicago
219 South Dearborn Street
Chicago, Illinois 60604
312/435-5670

### Counties

| | |
|---|---|
| Cook | Kendall |
| DuPage | Lake |
| Grundy | LaSalle |
| Kane | Will |

U.S. District Court
Northern District of Illinois
Western Division at Rockford
211 South Court Street
Federal Building
Rockford, Illinois 61101
815/987-4355

### Counties

| | |
|---|---|
| Boone | McHenry |
| Carroll | Ogle |
| DeKalb | Stephenson |
| JoDaviess | Whiteside |
| Lee | Winnebago |

U.S. District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, Illinois 62201
618/482-9370

and

301 West Main Street
Benton, Illinois 62812
618/438-0671

### Counties

| | |
|---|---|
| Alexander | Johnson |
| Bond | Lawrence |
| Calhoun | Madison |
| Clark | Marion |
| Clay | Massac |
| Clinton | Monroe |
| Crawford | Perry |
| Cumberland | Pope |
| Edwards | Pulaski |
| Effingham | Randolph |
| Fayette | Richland |
| Franklin | St. Clair |
| Gallatin | Saline |
| Hamilton | Union |
| Hardin | Wabash |
| Jackson | Washington |
| Jasper | Wayne |
| Jefferson | White |
| Jersey | Williamson |

U.S. District Court
Central District of Illinois
Urbana Division
201 South Vine
218 U.S. Courthouse
Urbana, Illinois 61801
217/373-5830

### Counties

| | |
|---|---|
| Champaign | Kankakee |
| Coles | Macon |
| Douglas | Moultrie |
| Edgar | Piatt |
| Ford | Vermilion |
| Iroquois | |

### Peoria Division

100 N.E. Monroe Street
135 Federal Building
Peoria, Illinois 61602
309/671-7117

### Counties

| | |
|---|---|
| Bureau | McLean |
| Fulton | Peoria |
| Hancock | Putnam |
| Knox | Stark |
| Livingston | Tazewell |
| Marshall | Woodford |
| McDonough | |

### Rock Island Division

211 - 19th Street
Rock Island, Illinois 61201
309/793-5778

### Counties

| | |
|---|---|
| Henderson | Rock Island |
| Henry | Warren |
| Mercer | |

### Springfield Division

600 East Monroe Street
Springfield, Illinois 62701
217/492-4020

### Counties

| | | |
|---|---|---|
| Adams | Logan | Pike |
| Brown | Macoupin | Sangamon |
| Cass | Mason | Schuyler |
| Christian | Menard | Scott |
| DeWitt | Montgomery | Shelby |
| Greene | Morgan | |