E-FILED
Tuesday, 15 November, 2005   10:16:45 AM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## REQUEST FOR WAIVER OF SERVICE OF SUMMONS AND NOTICE OF LAWSUIT

TO:   West Central Community Services, Inc.
      c/o Bruce C. Beal
      Claudon, Kost, Barnhart, Beal & Walters, Ltd.
      121 W. Elm Street
      Canton, Illinois  61520

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed).  A copy of the complaint is attached to this notice.  It has been filed in the United States District Court for the Central District of Illinois and has been assigned docket number 05-4090.

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint.  The cost of service will be avoided if I receive a signed copy of the waiver within 30 days after the date designated below as the date on which this Notice and Request is sent.  I enclose a stamped and addressed envelope for your use.  An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you.  The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designed below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.  In that connection, please read the statement concerning the duty of parties to waive the service of summons, which is set forth on the second page of the waiver form.

    I affirm that this request is being sent to you on behalf of the Plaintiff, this 15th day of November, 2005.

                                          s/ DANIEL S. ALCORN
                                          #06209425
                                          Attorney for Plaintiff
                                          STOERZBACH MORRISON, P.C.
                                          139 South Cherry Street
                                          P. O. Box 1328
                                          Galesburg, IL  61402-1328
                                          Telephone:  309/341-6000
                                          Telefax:       309/343-7500
                                          alcornd@galesburglaw.com

Daniel S. Alcorn  (DC Reg. #06209425)
STOERZBACH MORRISON, P.C.
Attorney for Plaintiff
P. O. Box 1328
139 S. Cherry Street
Galesburg, IL  61402-1328
Telephone:  309-341-6000
Telefax:       309-343-7500

2