UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ARTILLA M. DYE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 05-cv-04090-MMM-JAG |
| ) | |
| DIANN GRAVINO and WEST CENTRAL ) | |
| COMMUNITY SERVICES, INC., ) | |
| An Illinois Not-For-Profit Corporation, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF INTEREST**

FILED
FEB 9 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The undersigned, counsel of record for defendants, Diann Gravino and West Central Community Services, Inc., furnishes the following in compliance with CDIL-LR 11.3 of this Court:

1. The full name of every party or amicus the attorney represents in this case:

    Diann Gravino
    West Central Community Services, Inc.

2. If such party or amicus is a corporation:

    (a)    Its parent corporation, if any; and

    West Central Community Services, Inc. is an Illinois not-for-profit corporation.

    (b)    A list of corporate stockholders which are publicly held companies owning ten percent or more of the stock of the party or amicus if it is a publicly held company.

    None.

3. The names of all law firms whose partners or associates appear for a party or are expected to appear for a party in this case.

        Williams & McCarthy, P.C.
        321 W. State St., Suite 400
        Rockford, Illinois 61101
        (815) 987-8900

        /s/ Stephen E. Balogh
        Stephen E. Balogh
        Attorney for defendants DIANN GRAVINO and WEST CENTRAL COMMUNITY SERVICES, INC.
        Williams & McCarthy
        321 W. State Street, Suite 400
        P.O. Box 219
        Rockford, IL 61105
        Telephone: (815) 987-8946
        Facsimile: (815) 965-5134
        E-mail: sbalogh@wilmac.com

## CERTIFICATE OF LAWYER

The undersigned hereby certifies that at 5:00 o'clock p.m. on February 8, 2006 at 321 West State Street, Rockford, Illinois, he mailed a copy of the foregoing instrument to the following with postage fully prepaid:

>Attorney Daniel S. Alcorn
>Stoerzbach Morrison, P.C.
>139 South Cherry Street
>P.O. Box 1328
>Galesburg, IL 61402-1328

_____
Stephen E. Balogh
Counsel for defendants, DIANN GRAVINO and WEST CENTRAL COMMUNITY SERVICES, INC.
Williams & McCarthy
321 W. State Street, Suite 400
P.O. Box 219
Rockford, IL 61105
Telephone: (815) 987-8946
Facsimile: (815) 965-5134
E-mail: sbalogh@wilmac.com