E-FILED
Tuesday, 11 April, 2006   10:33:28 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ARTILLA M. DYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   Case No. 05-4090 |
| DIANN GRAVINO; and WEST CENTRAL COMMUNITY SERVICES, INC., an Illinois Not-For-Profit Corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

On April 11, 2006, the undersigned, counsel of record for Plaintiff, served upon the attorney for Defendants initial disclosures in compliance with Rule 26(a) Fed.R.Civ.P., by United States Mail in an envelope addressed as follows:

Mr. Stephen E. Balogh
Williams & McCarthy
321 W. State Street, Suite 400
P. O. Box 219
Rockford, IL   61105

Artilla Dye, Plaintiff

s/ DANIEL S. ALCORN
#06209425
STOERZBACH MORRISON, P.C.
139 South Cherry Street
P. O. Box 1328
Galesburg, IL  61402-1328
Telephone:  (309) 341-6000
Telefax:     (309) 343-7500
alcornd@galesburglaw.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that on April 11, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the Defendants, Stephen E. Balogh, Williams & McCarthy, 321 W. State Street, Suite 400, P. O. Box 219, Rockford, IL 61105

      s/ Daniel S. Alcorn, #06209425
Attorney for Plaintiff
STOERZBACH MORRISON, P.C.
139 South Cherry Street
P. O. Box 1328
Galesburg, IL  61402-1328
Telephone:  309/341-6000
Telefax:       309/343-7500
alcornd@galesburglaw.com