E-FILED
Friday, 14 April, 2006  10:37:11 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

| | |
|---|---|
| ARTILLA M. DYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.  05 C 4090 |
| | ) |
| DIANN GRAVINO; and WEST CENTRAL COMMUNITY SERVICES, INC., an Illinois Not-For-Profit Corporation, | ) ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

On April 14, 2006, the undersigned, counsel of record for defendants, served upon the attorney for plaintiff initial disclosures in compliance with Rule 26(a) Fed.R.Civ.P., by United States Mail in an envelope addressed as follows:

>Attorney Daniel S. Alcorn
>Stoerzbach Morrison, P.C.
>139 South Cherry Street
>P.O. Box 1328
>Galesburg, IL  61402-1328

>    /s/  Stephen E. Balogh
>Stephen E. Balogh
>Attorney for defendants,
>DIANN GRAVINO & WEST CENTRAL COMMUNITY SERVICES, INC.
>Williams & McCarthy
>321 W. State St., Suite 400
>P.O. Box 219
>Rockford, IL  61105-0219
>Telephone:  (815) 987-8946
>Facsimile:  (815) 965-5134
>E-mail:  sbalogh@wilmac.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that on April 14, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the plaintiff, Daniel S. Alcorn, Stoerzbach Morrison, P.C., 139 South Cherry Street, P.O. Box 1328, Galesburg, IL 61402-1328.

    /s/ Stephen E. Balogh
Stephen E. Balogh
Attorney for defendants,
DIANN GRAVINO & WEST CENTRAL COMMUNITY SERVICES, INC.
Williams & McCarthy
321 W. State St., Suite 400
P.O. Box 219
Rockford, IL 61105-0219
Telephone: (815) 987-8946
Facsimile: (815) 965-5134
E-mail: sbalogh@wilmac.com