UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ARTILLA M. DYE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 05-4090 |
| DIANN GRAVINO; and WEST CENTRAL | ) |
| COMMUNITY SERVICES, INC., | ) |
| an Illinois Not-For-Profit Corporation, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff, certifies that he served a true and correct copy of the following document on the attorney for Defendants:

Notice of Discovery Deposition (Diann Gravino)

by enclosing same in an envelope addressed as follows:

> Mr. Stephen E. Balogh
> Williams & McCarthy
> 321 W. State Street, Suite 400
> P. O. Box 219
> Rockford, IL   61105

and by depositing said envelope, with first-class postage fully prepaid, in the United States mail at Galesburg, Illinois, on the 1st day of June, 2006.

> Artilla Dye, Plaintiff
>
> s/ DANIEL S. ALCORN
> #06209425
> STOERZBACH MORRISON, P.C.
> 139 South Cherry Street
> P. O. Box 1328
> Galesburg, IL  61402-1328
> Telephone:  (309) 341-6000
> Telefax:     (309) 343-7500
> alcornd@galesburglaw.com

**PROOF OF SERVICE**

  The undersigned hereby certifies that on June 1, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the Defendants, Stephen E. Balogh, Williams & McCarthy, 321 W. State Street, Suite 400, P. O. Box 219, Rockford, IL 61105.

            s/ Daniel S. Alcorn, #06209425
            Attorney for Plaintiff
            STOERZBACH MORRISON, P.C.
            139 South Cherry Street
            P. O. Box 1328
            Galesburg, IL 61402-1328
            Telephone: 309/341-6000
            Telefax:  309/343-7500
            alcornd@galesburglaw.com