UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ARTILLA M. DYE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   Case No. 05-4090 |
| DIANN GRAVINO; and WEST CENTRAL COMMUNITY SERVICES, INC., an Illinois Not-For-Profit Corporation, | ) ) ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff, Artilla Dye, certifies that he served true and correct copies of the following documents:

    Plaintiff's First Set of Interrogatories to Defendants; and
    Plaintiff's First Request for Production of Documents to Defendants,

upon the attorney for Defendants by enclosing same in an envelope addressed as follows:

> Mr. Stephen E. Balogh
> Williams & McCarthy
> 321 W. State Street, Suite 400
> P. O. Box 219
> Rockford, IL   61105

and by depositing said envelope, with first-class postage fully prepaid, in the United States mail at Galesburg, Illinois, on the 12th day of June, 2006.

> Artilla Dye, Plaintiff
>
> s/ DANIEL S. ALCORN
> #06209425
> STOERZBACH MORRISON, P.C.
> 139 South Cherry Street
> P. O. Box 1328
> Galesburg, IL  61402-1328
> Telephone:  (309) 341-6000
> Telefax:     (309) 343-7500
> alcornd@galesburglaw.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that on June 12, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the Defendants, Stephen E. Balogh, Williams & McCarthy, 321 W. State Street, Suite 400, P. O. Box 219, Rockford, IL  61105

                              s/ Daniel S. Alcorn, #06209425
                              Attorney for Plaintiff
                              STOERZBACH MORRISON, P.C.
                              139 South Cherry Street
                              P. O. Box 1328
                              Galesburg, IL  61402-1328
                              Telephone:  309/341-6000
                              Telefax:     309/343-7500
                              alcornd@galesburglaw.com