UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ARTILLA M. DYE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )  Case No. 05-4090 |
| DIANN GRAVINO; and WEST CENTRAL COMMUNITY SERVICES, INC., an Illinois Not-For-Profit Corporation, | ) ) ) ) |
| | ) |
|     Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff, Artilla Dye, certifies that he served true and correct copies of the following documents:

    Plaintiff's Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 26;
    Response to First Set of Production Requests to Plaintiff;
    Answers to Interrogatories Propounded to Plaintiff; and
    Plaintiff's Expert Witness Disclosure.

upon the attorney for Defendants by enclosing same in an envelope addressed as follows:

    Mr. Stephen E. Balogh
    Williams & McCarthy
    321 W. State Street, Suite 400
    P. O. Box 219
    Rockford, IL   61105

and by depositing said envelope, with first-class postage fully prepaid, in the United States mail at Galesburg, Illinois, on the 13th day of July, 2006.

    Artilla Dye, Plaintiff

    s/ DANIEL S. ALCORN
    #06209425
    STOERZBACH MORRISON, P.C.
    139 South Cherry Street
    P. O. Box 1328
    Galesburg, IL  61402-1328
    Telephone:  (309) 341-6000
    Telefax:     (309) 343-7500
    alcornd@galesburglaw.com

## PROOF OF SERVICE

      The undersigned hereby certifies that on July 13, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the Defendants, Stephen E. Balogh, Williams & McCarthy, 321 W. State Street, Suite 400, P. O. Box 219, Rockford, IL  61105

                                      s/ Daniel S. Alcorn, #06209425
                                      Attorney for Plaintiff
                                      STOERZBACH MORRISON, P.C.
                                      139 South Cherry Street
                                      P. O. Box 1328
                                      Galesburg, IL  61402-1328
                                      Telephone:  309/341-6000
                                      Telefax:      309/343-7500
                                      alcornd@galesburglaw.com