UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ARTILLA M. DYE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 05-4090 |
| DIANN GRAVINO; and WEST CENTRAL ) | |
| COMMUNITY SERVICES, INC., ) | |
| an Illinois Not-For-Profit Corporation, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff, certifies that he served a true and correct copy of the following document on the attorney for Defendants:

Notice of Continuation of Discovery Deposition (Diann Gravino)

by enclosing same in an envelope addressed as follows:

Mr. Stephen E. Balogh
Williams & McCarthy
321 W. State Street, Suite 400
P. O. Box 219
Rockford, IL   61105

and by depositing said envelope, with first-class postage fully prepaid, in the United States mail at Galesburg, Illinois, on the 17th day of August, 2006.

Artilla Dye, Plaintiff

s/ DANIEL S. ALCORN
#06209425
STOERZBACH MORRISON, P.C.
139 South Cherry Street
P. O. Box 1328
Galesburg, IL  61402-1328
Telephone:  (309) 341-6000
Telefax:     (309) 343-7500
alcornd@galesburglaw.com

**PROOF OF SERVICE**

      The undersigned hereby certifies that on August 17, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for the Defendants, Stephen E. Balogh, Williams & McCarthy, 321 W. State Street, Suite 400, P. O. Box 219, Rockford, IL  61105.

                                          s/ Daniel S. Alcorn, #06209425  
                                          Attorney for Plaintiff  
                                          STOERZBACH MORRISON, P.C.  
                                          139 South Cherry Street  
                                          P. O. Box 1328  
                                          Galesburg, IL  61402-1328  
                                          Telephone:  309/341-6000  
                                          Telefax:      309/343-7500  
                                          alcornd@galesburglaw.com