E-FILED
Wednesday, 11 October, 2006  04:45:27 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ARTILLA M. DYE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DIANN GRAVINO; and WEST CENTRAL )<br>COMMUNITY SERVICES, INC., )<br>an Illinois Not-For-Profit Corporation, )<br>)<br>Defendants. ) | Case No. 05-4090 |

### STIPULATION FOR DISMISSAL

Plaintiff and Defendants, by and through their counsel of record, having arrived at a settlement agreement, hereby stipulate and agree to the dismissal of Plaintiff's Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

s/ DANIEL S. ALCORN
#06209425
Attorney for Plaintiff
STOERZBACH MORRISON, P.C.
139 South Cherry Street
P. O. Box 1328
Galesburg, IL  61402-1328
Telephone:  309/341-6000
Telefax:     309/343-7500
alcornd@galesburglaw.com


s/ STEPHEN E. BALOGH
#06196720
Attorney for Defendants
WILLIAMS & MCCARTHY
321 W. State Street, Suite 400
P. O. Box 219
Rockford, IL   61105
Telephone:  (815) 987-8946
Telefax:     (815) 965-5134
sbalogh@wilmac.com